No. 82–1125. HAAS *v.* HASH ET UX. Ct. App. Ariz. Certiorari denied. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 82–5585. BRUSCINO *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner to strike the brief of the United States denied. Certiorari denied.

No. 82–5666. RIDING *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of respondent for damages denied. Certiorari denied.

No. 82–5839. ROBINSON *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 82–5853. FITZGERALD *v.* VIRGINIA. Sup. Ct. Va.;
No. 82–5877. JOHNSON *v.* ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Sup. Ct. Ga.;
No. 82–5879. DAUGHERTY *v.* FLORIDA. Sup. Ct. Fla.;
No. 82–5902. STEVENS *v.* FLORIDA. Sup. Ct. Fla.; and
No. 82–5909. PEEK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 82–5853, 223 Va. 615, 292 S. E. 2d 798; No. 82–5877, 249 Ga. 812, 295 S. E. 2d 63; No. 82–5879, 419 So. 2d 1067; No. 82–5902, 419 So. 2d 1058; No. 82–5909, 422 So. 2d 843.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.